**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Juventino Ivan ALVARADO,
Defendant–Appellant.**

No. 03–40641.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 16, 2003.

James Lee Turner, Assistant US Attorney, US Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Ignacio Torteya, III, Torteya & Torteya, Brownsville, TX, for Defendant–Appellant.

Before SMITH, DEMOSS, and STEWART, Circuit Judges.

PER CURIAM.*

Juventino Ivan Alvarado appeals the sentence he received upon his conviction of possessing cocaine with intent to distribute it, in violation of 21 U.S.C. § 841(a)(1).

Alvarado contends that the district court erred by not applying the safety-valve provision of U.S.S.G. § 5C1.2, rather than sentencing him to the mandatory minimum provided by 21 U.S.C. § 841(b)(1)(A). Al-

varado is not entitled to relief because he has not shown that the district court was clearly erroneous in finding that he failed to provide truthful relevant information to the Government. *See United States v. Miller,* 179 F.3d 961, 964–65 (5th Cir.1999).

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.